## DADE COUNTY v WARD

Case Nos. 86-345 AP, 86-397 AP (County Court Case
No. 86-6012CC25)

Eleventh Judicial Circuit, Appellate Division, Dade County

May 20, 1987

### APPEARANCES OF COUNSEL

**Robert A. Ginsburg, County Attorney, and Thomas H. Robertson,** Assistant County Attorney, for appellant.

**Mary A. Webster,** Legal Services of Greater Miami, for appellee.

Before BARAD, GREENBAUM, DONNER, JJ.

### OPINION OF THE COURT

PER CURIAM.

This court finds that the order issued by the lower court directing both parties to perform certain tasks was in the form of a mandatory injunction. A mandatory injunction commands acts to be done or undone and may require the performance of some affirmative acts. *Zetrouer v. Zetrouer*, 103 So.2d 625 (Fla. 1925). In so doing, the lower court acted beyond the scope of its jurisdictional powers. Article V, § 20.3, Florida Constitution.

This tribunal notes the lower court's concern for the welfare of the

appellee and her children, however, a court cannot issue an order considered to be in the best interest of social justice without regard to established law. *Flagler v. Flagler*, 95 So.2d 592 (Fla. 1955). The order of the lower court is therefore quashed and this cause is remanded for further proceedings consistent with this opinion.